## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERRY HERING,                                          :
        Plaintiff,                                  :      1:15-cv-2440
                                                   :
v.                                                     :      Hon. John E. Jones III
                                                   :
WALGREENS BOOTS ALLIANCE, INC., :
STEFANO PESSINA, and GEORGE R.       :
FAIRWEATHER,                                  :
        Defendants.                                 :

### ORDER

### August 14, 2018

On July 11, 2018, the Court issued an order granting the motion to dismiss of the Rite Aid Defendants and denying the motion to dismiss of the Walgreens Defendants. Accordingly, with respect to the claims against the Walgreens Defendants, it is appropriate to put this matter on a case management schedule.

**THEREFORE, IT IS HEREBY ORDERED**:

1. The parties shall confer and stipulate to a trial term within **FIFTEEN (15) DAYS** of the date of this Order. The Court is attaching a copy of the calendar for the parties' convenience.

_____
John E. Jones III
United States District Judge

**Judge Jones**
**2019 Court Calendar**

| Trial List | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/31/18 | 9/3/18 | 12/3/18 | 1/8/19 |
| February | 8/31/18 | 10/2/18 | 1/7/19 | 2/5/19 |
| March | 9/28/18 | 11/1/18 | 2/4/19 | 3/4/19 |
| April | 10/31/18 | 12/3/18 | 3/1/19 | 4/2/19 |
| May | 11/30/18 | 1/2/19 | 4/1/19 | 5/6/19 |
| June | 12/31/18 | 2/1/19 | 5/1/19 | 6/4/19 |
| July | 1/31/19 | 3/1/19 | 6/3/19 | 7/2/19 |
| August | 2/28/19 | 4/1/19 | 7/1/19 | 8/5/19 |
| September | 3/29/19 | 5/1/19 | 8/1/19 | 9/4/19 |
| October | 4/30/19 | 6/3/19 | 9/3/19 | 10/2/19 |
| November | 5/31/19 | 7/1/19 | 10/1/19 | 11/4/19 |
| December | 6/28/19 | 8/1/19 | 11/1/19 | 12/3/19 |

**Case Management Conferences:**
1/30/19
2/27/19
3/29/19
4/30/19
5/31/19
6/28/19
7/31/19
8/30/19
9/30/19
10/30/19
11/27/19
12/30/19