# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY HERING, | : | |
|     Plaintiff, | : | 1:15-cv-2440 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WALGREENS BOOTS ALLIANCE, INC., | : | |
| STEFANO PESSINA, and GEORGE R. | : | |
| FAIRWEATHER, | : | |
|     Defendants. | : | |

## ORDER

### October 24, 2018

Presently pending before the Court is Defendants', Walgreens Boots Alliance, Inc., Stefano Pessina, and George R. Fairweather (collectively, "Walgreens"), Motion for Judgment on the Pleadings, (Doc. 125), and Plaintiff's, Jerry Hering ("Hering"), Joint Motion to Intervene by Lead Plaintiff and Putative Class Members Douglas S. Chabot, Corey M. Dayton, and Joel M. Kling. (Doc. 132). In conformity with the Memorandum issued on this date, it is **HEREBY ORDERED:**

1. Defendants' Motion for Judgment on the Pleadings, (Doc. 125), is **GRANTED**.

2. Plaintiff's Joint Motion to Intervene, (Doc. 132), is **DENIED.**

2. The Clerk of the Court **SHALL CLOSE** the file on this case

  <u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge